No. 332.—GRAHAM & ANDERSON *v.* JOHN HENDRICKS, SR.—KENDALL & WRIGHT, Intervenors.

If an appellant dies after the appeal has been granted, but before the bond has been given and filed in the court below, then only the legal representatives of the deceased can execute the appeal bond. An appeal bond given by the agent after the decease of the principal is void, because the agency ceases at his death.

APPEAL from the Tenth Judicial District Court, parish of Caddo. *Levisee*, J. *Land & Taylor*, for plaintiff. *R. J. Looney*, for defendants.

LUDELING, C. J. The plaintiffs in this case have moved to dismiss the appeal on the grounds that the defendant died before filing the appeal bond in the district court, and there is no administrator appointed to represent the succession and no acceptance thereof by the heirs.

The appeal has never been taken until the bond has been filed; there is no appeal in this case; the agency of the attorney to act in the case ceased at the death of the defendant, and there being no representative of the succession authorized to act, the filing of the bond was unauthorized, and appeal is inchoate only.

It is therefore ordered that the case be stricken from the docket of this court.